## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,

    Plaintiff,

        v.

LOCAL 1001, AMALGMATED TRANSIT UNION,

    Defendant.

## COMPLAINT

Plaintiff, Thomas E. Perez, Secretary of Labor, alleges as follows:

1. This action is brought under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-483 (the "Act"), for a judgment declaring that the December 2, 2013, election of union officers conducted by Local 1001, Amalgamated Transit Union (Defendant) for the offices of Vice President, Recording Secretary/ Correspondent, Financial Secretary-Treasurer/Assistant Business Agent and 2nd Convention Delegate, Chief Steward Platte Transportation Division, Chief Steward Platte Maintenance Division, Chief Steward Light Rail Transportation Division, and Chief Steward First Transit Denver, is void, and directing Defendant to conduct a new election for these offices under Plaintiff's supervision, and for other appropriate relief.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 29 U.S.C. § 482(b), 28 U.S.C. § 1331, and 28 U.S.C. § 1345.

3. Venue lies in this district pursuant to 29 U.S.C. § 482(b) and 28 U.S.C. § 1391(b).

1

PARTIES

4. Plaintiff Thomas E. Perez is the duly appointed Secretary of Labor, United States Department of Labor. Plaintiff is authorized to bring this action under the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 482(b).

5. Defendant is, and at all times relevant to this action has been, an unincorporated association residing within the County of Adams, Colorado, within the jurisdiction of this district.

FACTUAL ALLEGATIONS

6. Defendant is, and at all times relevant to this action has been, a local labor organization engaged in an industry affecting commerce within the meaning of sections 3(i), 3(j) and 401(b) of the Act (29 U.S.C. §§ 402(i), 402(j) and 481(b)).

7. Defendant, purporting to act pursuant to its Constitution and Bylaws conducted an election of officers on December 2, 2013, and this election was subject to the provisions of Title IV of the Act (29 U.S.C. §§ 481-484).

8. Under cover letter dated December 12, 2013, to Defendant's Financial Secretary/Assistant Business Agent, the Complainant, Allen Grove, a member in good standing of Defendant, protested the December 2, 2013 election.

9. The membership denied the protest at the Defendant's December 19, 2013, and December 20, 2013, membership meetings.

10. Grove appealed the decision of the membership to the International President by letter dated January 24, 2014.

11. Having invoked the remedies available under the International's Constitution and General Laws for three calendar months without receiving a final decision after invocation,

Grove filed a timely complaint with the Secretary of Labor on March 13, 2014, within the one calendar month required under section 402(a)(2) of the Act, 29 U.S.C. § 482(a)(2).

12. By letter signed June 2, 2014, Defendant agreed that the time within which Plaintiff may bring suit with respect to Defendant's aforesaid election be extended to July 21, 2014.

13. By letter signed July 1, 2014, Defendant agreed that the time within which Plaintiff may bring suit with respect to Defendant's aforesaid election be extended to August 18, 2014.

14. Pursuant to section 601 of the Act (29 U.S.C. § 521), and in accordance with section 402(b) of the Act (29 U.S.C. § 482(b)), Plaintiff investigated the Complaint and, as a result of the facts shown by his investigation, found probable cause to believe that: (1) a violation of Title IV of the Act (29 U.S.C. §§ 481-484) had occurred in the conduct of Defendant's December 2, 2013 election; and (2) such violation had not been remedied at the time of the institution of this action.

## CAUSE OF ACTION

15. Defendant violated section 401(b) of the Act, 29 U.S.C. § 481(b), during the conduct of the aforesaid election by failing to conduct its election by secret ballot among the members in good standing in that:

(a) members were permitted to vote together at large tables;

(b) members marked ballots while waiting in line to cast ballots and at the election judge's table, in plain view of election judges;

(c) the polling places had one cardboard voting partition, which was inadequate to accommodate the large number of voters; and

(d) members were never instructed to use the cardboard as a partition for voting.

16. The violation of section 401(b) of the Act (29 U.S.C. § 481(b)) may have affected the outcome of Defendant's election for the offices of Vice President, Recording Secretary/

Correspondent, Financial Secretary-Treasurer/Assistant Business Agent and 2nd Convention Delegate, Chief Steward Platte Transportation Division, Chief Steward Platte Maintenance Division, Chief Steward Light Rail Transportation Division, and Chief Steward First Transit Denver.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment:

(a)  declaring Defendant's election for the offices of Vice President, Recording Secretary/Correspondent, Financial Secretary-Treasurer/Assistant Business Agent and 2nd Convention Delegate, Chief Steward Platte Transportation Division, Chief Steward Platte Maintenance Division, Chief Steward Light Rail Transportation Division, and Chief Steward First Transit Denver to be void;

(b)  directing Defendant to conduct a new election for those offices under the supervision of the Plaintiff;

(c)  for the costs of this action; and

(d)  for such other relief as may be appropriate.

Respectfully submitted this 18th day of August, 2014,

                        STUART F. DELERY
                        Assistant Attorney General

                        JOHN F. WALSH
                        United States Attorney

                        s/ *Mark S. Pestal*
                        Assistant U.S. Attorney
                        1225 Seventeenth Street, Suite 700
                        Seventeenth Street Plaza
                        Denver, Colorado 80202
                        Telephone: 303-454-0101
                        mark.pestal@usdoj.gov