IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 14-cv-02286-MSK-NYW | Date: | September 17, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| THOMAS E. PEREZ, | *Mark S. Pestal* |
| **Plaintiff,** | |
| v. | |
| LOCAL 1001, AMALGMATED TRANSIT UNION, | *Richard Rosenblatt* |
| **Defendant.** | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 4:09 p.m.

Appearance of counsel.

Parties discuss status of case.

Parties request time to meet and confer regarding stipulated facts.

**ORDERED: Stipulated Motion to Set Briefing Schedule [32] is DENIED. Parties shall meet and confer on or before September 30, 2015. If Parties come to agreement that there are no disputed facts, they may renew their motion seeking a briefing scheduled. To the extent that the Parties determine that there may be genuine issues of material fact, they must alert Chief Judge Krieger's chambers of the necessity for further hearings no later than October 2, 2015.**

Parties are uncertain if the right to a jury trial exists. Parties shall file a waiver, if appropriate.

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.

Court in Recess:  4:19 p.m.          Hearing concluded.          Total time in Court:  00:10

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.