IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:14-cv-02286-MSK-NYW

THOMAS E. PEREZ,  Secretary of Labor,
United States Department of Labor,

      Plaintiff,

          v.

LOCAL 1001, AMALGAMATED TRANSIT UNION,

      Defendant.

---

## STIPULATED RENEWED MOTION TO SET BRIEFING SCHEDULE

---

Pursuant to the Court's September 17, 2015, Order (Doc. 36), the parties have conferred and hereby renew their motion to set a briefing schedule.

There are no disputed facts that would necessitate a trial.  The parties waive any right they may have to a trial (court or jury).  The parties have agreed to a set of undisputed facts that will be relied upon in their briefing of the remaining legal issue.

The remaining issue for the Court's determination, pursuant to Fed. R. Civ. P. 56, is whether, in the context of this supervised election, the Secretary can require new nominations for all the races subject to the new election.  *See* Doc. 32 (Stipulated Motion to Set Briefing Schedule).

The parties request the following briefing schedule:

Plaintiff shall file his opening brief and the stipulated facts on or before November 6, 2015.

Defendant shall file its response brief on or before December 4, 2015.

Plaintiff, if necessary, shall file a reply brief, on or before December 18, 2015.

WHEREFORE the parties respectfully request that the Court set a briefing schedule, as set forth above, to permit the Court to determine the appropriate scope of the statutory remedy applicable to Defendant's violation of the Act as alleged in Plaintiff's Complaint (Doc. 1) and for any other relief deemed just and proper.

Respectfully submitted this 30th day of September, 2015

JOHN F. WALSH
United States Attorney

| s/ *Mark S. Pestal* | s/ *Richard Rosenblatt* |
|---|---|
| Assistant U.S. Attorney | Richard Rosenblatt, Esq. |
| 1225 Seventeenth Street, Suite 700 | Rosenblatt & Gosch, PLLC |
| Seventeenth Street Plaza | 8085 East Prentice Avenue |
| Denver, Colorado 80202 | Greenwood Village, Colorado 80111-2745 |
| (303) 454-0100 | (303) 721-7399 |
| Mark.pestal@usdoj.gov | rrosenblatt@cwa-union.org |
| | |
| Attorneys for Plaintiff | Attorney for Defendant |