## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02286-MSK-NYW

THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

LOCAL 1001, AMALGAMATED TRANSIT UNION,

    Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on the Parties' Stipulated Renewed Motion to Set Briefing Schedule ("Stipulated Motion"). [#37, filed September 30, 2015]. Pursuant to the Order Referring Case dated January 7, 2015 [#16] and the memorandum dated September 30, 2015 [#38], the matter was referred to this Magistrate Judge.

    IT IS ORDERED that the Stipulated Motion is **GRANTED**:

1. Pursuant to the Stipulation, the Parties **WAIVE** any right they may have to trial to the court or to a jury;

2. Plaintiff shall file his opening brief and the Parties' stipulated facts on or before **November 6, 2015**;

3. Defendant shall file its response brief on or before **December 4, 2015**; and

4. To the extent a reply brief is necessary, Plaintiff shall file his on or before **December 18, 2015**.

DATED: October 1, 2015