IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-02286-MSK-NYW

THOMAS E. PEREZ, Secretary of Labor, United States Department of Law,

    Plaintiff,

v.

LOCAL 1001, AMALGAMATED TRANSIT UNION,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Granting Motions for Summary Judgment by Chief Judge Marcia S. Krieger (**Doc. #43**)  filed on July 21, 2016 it is

ORDERED that Judgment is entered in favor of The Union and against the Plaintiff on the sole remaining claim.

The case will be closed.

Dated this 21st day July, 2016.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK


                              s/Patricia Glover
                                 Deputy Clerk